UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAWN LOVE FITZGERALD, JR., <br><br> Plaintiff, <br><br> -v- <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CIVIL CASE NO. 20 Civ. 7507 (VSB) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE**, **United States Magistrate Judge**:

On August 5, 2022, the Court adopted the Commissioner's proposed briefing schedule, where Plaintiff's opposition (the "Opposition") to the Motion for Judgment on the Pleadings (the "Motion") would be due by Friday, November 18, 2022. (ECF No. 13). To date, Plaintiff has not filed the Opposition. Accordingly, Plaintiff shall file his Opposition by **Monday, November 28, 2022**. Failure to submit the Opposition may result in treating the Motion as unopposed.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the address below.

Dated:   New York, New York
         November 21, 2022                SO ORDERED.

                                          _____
                                          SARAH L. CAVE
                                          United States Magistrate Judge

Mail To:  Shawn Love Fitzgerald, Jr.
          9 Spring St.
          #4
          Monticello, NY 12701